THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of:  Donald Charles M.,
A Minor Under the Age of Seventeen,       
Appellant
 
 
 

Appeal from Aiken County
Peter R. Nuessle, Family Court Judge

Unpublished Opinion No. 2003-UP-514
Submitted May 30, 2003  Filed August 27, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

 PER CURIAM:  Donald Charles M., 
 a Minor Under the Age of Seventeen, was found guilty of threatening to kill, 
 injure or intimidate individuals or damage property by an explosive or incendiary 
 device and ill treatment of an animal.  He was committed for an indeterminate 
 period, not to exceed his twenty-first birthday.  Donald Charles M.s appellate 
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967).  Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Donald 
 Charles M. did not file a pro se response with the Court.
After a review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., 
 concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.